```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01461
    HUGH ADAMS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-2216


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/23/08 .

    2.  The case was dismissed without confirmation, 05/30/2008.

    3.  The Debtor paid a total of $     185.00 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-----------------------------------------------------------------------------
REGIONAL ACCEPTANCE        SECURED VEHIC          .00         .00          .00
STATE DISBURSEMENT UNIT    CHILD SUPPORT   NOT FILED          .00          .00
STATE DISBURSEMENT UNIT    UNSECURED       NOT FILED          .00          .00
AT&T MOBILITY LLC          UNSECURED       NOT FILED          .00          .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00          .00
THE CHICAGO DEPT OF REVE   UNSECURED       NOT FILED          .00          .00
COMED                      UNSECURED       NOT FILED          .00          .00
H&F LAW                    UNSECURED       NOT FILED          .00          .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED          .00          .00
NATIONWIDE CASSEL LP       UNSECURED       NOT FILED          .00          .00
NORTHWEST COLLECTORS       UNSECURED       NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       NOT FILED          .00          .00
WEST ASSET MANAGEMENT      UNSECURED       NOT FILED          .00          .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       26.50          .00        26.50
         Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED     OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00       26.50        .00         .00        26.50
PRINCIPAL PAID          .00       26.50        .00         .00        26.50
INTEREST PAID           .00         .00        .00         .00          .00
TOTAL PAID              .00       26.50        .00         .00        26.50
The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $  3500.00
and was paid $     147.77 .

The Trustee received $     10.73 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 08/20/08                             /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE